## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ROSANNE BONDS, on behalf of
herself and all others
similarly-situated, et al.,

      Plaintiffs,

v.                                                          Case No:  5:14-cv-392-Oc-30PRL

FLORIDA FAST FOODS OF OCALA,
INC., a Florida Corporation d/b/a
AUNT FANNIE'S RESTAURANT,
f/k/a Florida Fast Foods, Inc.,

      Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Local Rule 3.08 Notice and Request for Stay of Proceedings.  (Doc. 15).  The parties have advised the Court that the above-styled action has been tentatively settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that sixty-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's

fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

  **DONE** and **ORDERED** in Tampa, Florida, this 3rd day of February, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-cv-392 dismissal.docx