**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ROSANNE BONDS, on behalf of
herself and all others
similarly-situated, et al.,

    Plaintiffs,

v.                                                                       Case No: 5:14-cv-392-Oc-30PRL

FLORIDA FAST FOODS OF OCALA,
INC., a Florida Corporation d/b/a
AUNT FANNIE'S RESTAURANT,
f/k/a Florida Fast Foods, Inc.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion for *In Camera* Approval of Settlement Agreement (Doc. 17).  The parties have entered into a confidential settlement agreement disposing of the Fair Labor Standard Act ("FLSA") claims brought by the Plaintiffs.  The Court, having reviewed the terms of the settlement agreement, hereby finds that the agreement represents a reasonable compromise of Plaintiffs' claims pursuant to the FLSA and otherwise satisfies the essential requirements of the law.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1.     The parties' Joint Motion for *In Camera* Approval of Settlement Agreement (Doc. 17) is GRANTED.

2.     The settlement agreement is hereby APPROVED.

3. The Court shall retain jurisdiction over the settlement agreement until March 9, 2015, for the limited purpose of enforcing the terms of the settlement agreement.

4. All pending motions are denied as moot, and the Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record